**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

Plaintiff,

v.

TRANSCONTINENTAL TITLE COMPANY,,

Defendants.

CA 07 288ML

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Old Republic Title Insurance Co. hereby discloses that no publicly held corporation owns more than 10% of its stock.

Dated: Providence, Rhode Island
August 3, 2007

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

By its attorneys

Geoffrey W. Millsom
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
gmillsom@apslaw.com