# EXHIBIT 6

REMOVAL

**U.S. District Court**
**United States District Court for the Southern District of Iowa (Davenport)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00005-CRW-TJS**

Old Republic Title Insurance Company v. Transcontinental Title Company
Assigned to: Senior Judge Charles R. Wolle
Referred to: Magistrate Judge Thomas J. Shields
Case in other court: Iowa District Court in and for Johnson County, LACV 067627
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 01/18/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2007 | 24 | TEXT ORDER. The court holds in abeyance the pending motion to transfer declaratory judgment count and stay remainder of the case. Stayed are the local rule deadlines. No discovery shall be conducted without permission of the court. The parties shall file a joint or separate status report when the Massachusetts court has ruled on the issues pertinent to the pending motion. Signed by Judge Charles R. Wolle on 8/8/2007. (alb) (Entered: 08/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/09/2007 10:14:53 | | | |
| **PACER Login:** | pr1026 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00005-CRW-TJS Start date: 1/1/1970 End date: 8/9/2007 Starting with document: 24 Ending with document: 24 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |