UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

*Plaintiff,*

v.

TRANSCONTINENTAL TITLE COMPANY,

*Defendant.*

Docket No. 07-288-~~WL~~ ML

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Transcontinental Title Company hereby moves that Michael D. Vhay be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

TRANSCONTINENTAL TITLE
COMPANY (Defendant)

By: [signature]
Patricia A. Buckley
Bar ID No.: 2987
/s/Patricia A. Buckley
Address: CARROLL KELLY & MURPHY
One Turks Head Plaza, Suite 400
Providence, RI 02903
401 331 7272
401 331 4404
pbuckley@ckmlaw.com

DATED: 8/23/07

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Massachusetts and Illinois and of the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the Supreme Court of the State of Illinois, and the Supreme Judicial Court of Massachusetts and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

Form 1 (cont'd)

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Michael D. Vhay 566444
*Print Name* *State Bar ID #*

DLA Piper US LLP
Firm Name

33 Arch Street, 26th Floor, Boston, MA, 02110-1447
Business Address

*Tel. #*: (617) 406-6000 *Fax #*: (617) 406-6100

michael.vhay@dlpiper.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/Patricia A. Buckley

Signature of Local Counsel

Patricia A. Buckley 2987
Print Name RI Bar ID #

Carroll Kelly & Murphy
Firm and Business Address
One Turks Head Plaza, Suite 400
Providence, RI 02903
pbuckley@ckmlaw.com
*Tel. #*: (401) 331-7272 *Fax #*: (401) 331-4404

---

**ORDER**

This is motion hereby ______________________________

______________________
District Judge

Date:

BOST1\485870.1
25917-79

CERTIFICATION

I hereby certify that on the 23rd day of August, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Geoffrey W. Millsom, Esq., gmillsom@apslaw.com will receive notice through the ECF system.

/s/ Patricia A. Buckley