**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL TITLE COMPANY,<br><br>Defendants. | : | C.A. No. 07-288ML |

**OLD REPUBLIC NATIONAL TITLE INSURANCE**
**COMPANY'S REPLY TO COUNTERCLAIM**

Old Republic National Title Insurance Company ("Old Republic") as and for its Reply to the counterclaim of Transcontinental Title Company ("Transcon"), responds as follows:

**Response as to "Parties"**

1. Old Republic admits that Transcon is a corporation organized and existing under the laws of Florida with its principal place of business in Clearwater, Florida and is without knowledge and information necessary to form a belief as to the truth of the remaining allegations set forth in paragraph 1.

2. Old Republic admits the allegations set forth in paragraph 2.

**Response as to "Factual Background"**

3. Old Republic admits the allegations set forth in paragraph 3.

4. Old Republic denies the allegations set forth in paragraph 4.

5. Old Republic denies the allegations set forth in paragraph 5.

6. Old Republic denies the allegations set forth in paragraph 6.

**Response as to "Count I (Unjust Enrichment)"**

7. Old Republic repeats each of its responses to paragraphs 1 through 6 as though fully set forth herein.

8. Old Republic denies the allegations set forth in paragraph 8.

9. Old Republic denies the allegations set forth in paragraph 9.

10. Old Republic denies the allegations set forth in paragraph 10.

**FIRST AFFIRMATIVE DEFENSE**

The counterclaim fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of estoppel, waiver and/or laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the fact that the subject matter of the counterclaim is governed by a valid and binding contract between Old Republic and Transcon.

**WHEREFORE**, Old Republic requests that the Court:

1. Enter judgment in favor of Old Republic and against Transcon on Transcon's counterclaim;

2. Award Old Republic its costs, and attorneys' fees;

3. Grant such other relief as the Court deems just and proper.

Dated: Providence, Rhode Island
August 29, 2007

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

By its attorneys

/s/ *Geoffrey W. Millsom*

Geoffrey W. Millsom
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007, a copy of the foregoing Old Republic National Title Insurance Company's Reply To Counterclaim was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Geoffrey W. Millsom*

426577_1.doc