UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | : | |
| v. | : | C.A. NO. 07-288-ML |
| TRANSCONTINENTAL TITLE COMPANY, | : | |

**ORDER**

This matter having come on for hearing before Chief Judge Lisi on September 25, 2007 on the defendant's Motion to Transfer Declaratory Judgment Count and Counterclaim to Massachusetts and Stay Remainder of Case Pending Outcome of Massachusetts Case, and after hearing argument of counsel thereon, it is hereby

ORDERED

1. In deference to the action now pending before the District Court in Massachusetts and, in particular, to the Motion to Stay all parallel matters that is currently pending in that court, this action is hereby stayed in its entirety pending the Massachusetts District Court's determination of the Motion to Stay.

2. The Court makes no ruling at this time as to the merits of defendant's Motion.

3. Counsel are advised to contact this Court within six (6) months as to the status of said pending matters.

Enter:

Mary M. Lisi
Lisi, C.J. 9/26/07

By Order:

Barbara Barletta
Clerk

Presented By:

PATRICIA A. BUCKLEY #2987
CARROLL KELLY & MURPHY
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

# CERTIFICATION

I hereby certify that on the 26th day of September, 2007, a true copy of the within document was mailed to Geoffrey W. Millsom, Esq., Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903-2443.