David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Robert R. Henry
Chief Deputy Clerk

April 28, 2008

TO: Counsel of Record

RE: Old Republic National Title v. Transcontinental Title
CA 07-288

Dear Counselors:

The above-captioned case has been stayed and Chief Judge Lisi is requesting a written status report relative to the above-captioned case at this time. Kindly electronically submit a status report on or before **May 16, 2007.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta
Deputy Clerk