UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCONTINENTAL TITLE COMPANY,<br><br>Defendant | ) | CIVIL ACTION NO. 07-288-ML |

**JOINT STATUS REPORT**

Pursuant to the Court's April 28, 2008 request for a written status report in this matter, the parties jointly state as follows:

1. On September 26, 2007, the Court stayed this action pending a determination on defendant Transcontinental Title Company's ("TCT") Motion to Stay Parallel Proceedings in the matter captioned Old Republic National Title Insurance Co. v. Transcontinental Title Co., U.S. District Court for the District of Massachusetts, Civil Action No. 06-11903-NMG (the "Massachusetts Action").

2. On November 5, 2007, the parties filed and the Massachusetts Court granted a request to refer the Massachusetts Action to the Court's ADR panel. Because the Massachusetts Action was referred to mediation, the Massachusetts Court denied TCT's Motion to Stay Parallel Proceedings, without prejudice.

3. The parties are currently scheduled to mediate their dispute before Magistrate Judge Marianne Bowler on May 20, 2008. The upcoming mediation is intended to address all

pending and potential litigation between Old Republic and TCT, including Old Republic's claims and TCT's counterclaims in this action.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,
By its attorneys,
ADLER POLLACK & SHEEHAN, P.C.

/s/ Geoffrey W. Millsom______________
GEOFFREY W. MILLSOM (#6483)
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401) 751-0604
gmillsom@apslaw.com

TRANSCONTINENTAL TITLE COMPANY,
By Its Attorneys,
CARROLL KELLY & MURPHY

/s/ Patricia A. Buckley_____________
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
Phone: (401) 331-7272
Fax: (401) 331-4404
pbuckley@ckmlaw.com

and

DLA PIPER US LLP

_/s/ Zachary N. Coseglia_____________
Michael D. Vhay (Mass. BBO No. 566444)
Zachary N. Coseglia (Mass. BBO No. 663687)
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Phone: (617) 406-6000
Fax: (617) 406-6100
Zachary.Coseglia@dlapiper.com

CERTIFICATION

I hereby certify that on the 12th day of May, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Geoffrey W. Millsom, Esq., gmillsom@apslaw.com will receive notice through the ECF system.

/s/ Patricia A. Buckley___________________