David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

June 17, 2008

TO: Counsel of Record

RE: Old Republic National Title V. Transcontinental Title
CA 07-288ML

Dear Counselors:

The above-captioned case has been stayed and Chief Judge Lisi is requesting a written status report relative to the above-captioned case at this time. Kindly electronically submit a status report on or before **June 27, 2008.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta

Barbara Barletta
Deputy Clerk