UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. NO. 07-288-ML |
| TRANSCONTINENTAL TITLE COMPANY, | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 17, 2008 request for a written status report in this matter, the parties jointly state as follows:

1. On May 20, 2008, the parties participated in a mediation with Massachusetts United Stated District Court Magistrate Judge Marianne Bowler.

2. The parties reached a tentative settlement agreement at that time as to all of the disputes related to their agency relationship, including all matters at issue in the litigation before this Court.

3. As part of the settlement agreement reached, this matter will be dismissed by the parties with prejudice.

4. The parties are currently engaged in finalizing the paperwork concerning the tentative settlement and it is anticipated that all such matters will be concluded within 60 days.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,
By its attorneys,
ADLER POLLACK & SHEEHAN, P.C.

/s/Geoffrey W. Millsom________________
GEOFFREY W. MILLSOM (#6483)
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401) 751-0604
gmillsom@apslaw.com

TRANSCONTINENTAL TITLE COMPANY,
By Its Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley________ ____________
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
Phone: (401) 331-7272
Fax: (401) 331-4404
pbuckley@ckmlaw.com

and

DLA PIPER US LLP

/s/ Zachary N. Coseglia__________________
Michael D. Vhay (Mass. BBO No. 566444)
Zachary N. Coseglia (Mass. BBO No. 663687)
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Phone: (617) 406-6000
Fax: (617) 406-6100

CERTIFICATION

I hereby certify that on the 26th day of June, 2008 a true copy of the within was filed electronically and is available for downloading and viewing from the ECF system and the Geoffrey W. Millsom, Esq., gmillsom@apslaw.com will receive notice through the ECF system.

/s/Patricia A. Buckley___________________