UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY | : | |
| v. | : | C.A. No. 07-288-ML |
| TRANSCONTINENTAL TITLE COMPANY | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff/counterclaim defendant Old Republic National Title Insurance Company and defendant/counterclaim plaintiff Transcontinental Title Company hereby stipulate that all claims in this action be dismissed with prejudice and agree and stipulate that they will bear their own costs and that they waive any and all rights of appeal from the dismissal of this action.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
By its attorneys,

/s/Geoffrey W. Millsom
Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
(401) 751-0604 (fx)
gmillsom@apslaw.com

TRANSCONTINENTAL TITLE COMPANY
By its attorneys,

/s/Patricia A. Buckley
Patricia A. Buckley (#2987)
CARROLL, KELLY & MURPHY
One Turks Head Plaza, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fx)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 17th day of July, 2008 a true copy of the within was filed electronically and is available for downloading and viewing from the ECF system and the Geoffrey W. Millsom, Esq., gmillsom@apslaw.com, Zachary Coseglia, Esq, zachary.coseglia@dlalpiper.com and Michael Vhay, Esq., michael.vhay@dlapiper.com will receive notice through the ECF system.

/s/Patricia A. Buckley